UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Gaelco S.A., et al.
                    Plaintiff,
v.                                      Case No.: 1:16−cv−10629
                                        Honorable Thomas M. Durkin
Arachnid 360, LLC
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2017:

    MINUTE entry before the Honorable Thomas M. Durkin:Defendant's agreed motion for extension of time to 3/13/2017 to answer or otherwise plead [15] is granted. No appearance is required on 2/15/2017.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.