# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gaelco S.A., et al.

                        Plaintiff,

v.                                                 Case No.: 1:16−cv−10629
                                                Honorable Thomas M. Durkin

Arachnid 360, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 17, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Informal patent conference held on 2/17/2017. Defendant is to answer and/or file its motion to dismiss by March 13, 2017. Plaintiff's response to Defendant's motion to dismiss is to be filed by April 3, 2017. Defendant's reply is due April 17, 2017. A status hearing is set for May 4, 2017 at 9:00 a.m., at which time the parties should be prepared to report to the Court whether they have reached an agreement regarding mediation. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.