IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAELCO S.A., et al. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARACHNID 360, LLC ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-cv-10629 <br><br> Honorable Thomas M. Durkin |

## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Arachnid 360, LLC ("Arachnid") respectfully requests pursuant to Fed. R. Civ. P. 12(b)(6) that the Court dismiss Plaintiffs Gaelco S.A. and Gaelco Darts S.L.'s (collectively, "Gaelco") complaint against Arachnid for failing to state a claim for which relief can be granted. In support of its motion, Arachnid states as follows:

As discussed in Arachnid's memorandum accompanying this motion, Gaelco's asserted patent claims the abstract idea of remotely refereeing a dart competition. The Supreme Court, the Federal Circuit, and district courts around the country have found that abstract ideas such as the one claimed by Gaelco's asserted patent are invalid as directed to patent ineligible subject matter. Because the deficiencies in Gaelco's complaint cannot be cured, the entire complaint should be dismissed with prejudice. Arachnid provides further grounds to its motion in its accompanying memorandum, filed herewith.

- 2 -

Dated: March 13, 2017                                   Respectfully submitted,

<u>/s/ *R. David Donoghue*</u>

R. David Donoghue
Steven E. Jedlinski
Anthony J. Fuga
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
steven.jedlinski@hklaw.com
anthony.fuga@hklaw.com

***Attorneys for Defendant Arachnid 360, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document **MOTION TO DISMISS PLAINTIFFS' COMPLAINT** was filed electronically on this 13th day of March, 2017 in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

*/s/ R. David Donoghue*
R. David Donoghue