## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Gaelco S.A., et al.

                    Plaintiff,

v.

                                     Case No.: 1:16–cv–10629
                                     Honorable Thomas M. Durkin

Arachnid 360, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2017:

       MINUTE entry before the Honorable Thomas M. Durkin:The 5/4/2017 status date is vacated. If the parties wish to proceed with oral argument, they are directed to contact this Court's courtroom deputy to schedule. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.